# Morgan Lewis

**Alanna N. Fichtel**
Associate
+1.212.309.6724
alanna.fichtel@morganlewis.com

January 21, 2026

<u>**Via ECF**</u>

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Alicia Mullice v. Delta Air Lines, Inc. and Delta Air Lines Administrative Committee,* **1:25-cv-06507-LKE**

Your Honor:

We represent Defendants Delta Air Lines, Inc. and Delta Air Lines Administrative Committee ("Defendants") in the above-referenced matter. We write respectfully to request that the Court assign a District Judge to this matter as Defendants anticipate filing a motion to dismiss at least some of Plaintiff's claims.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Alanna N. Fichtel*
Alanna N. Fichtel

*Attorney for Defendants*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060        T +1.212.309.6000
United States                  F +1.212.309.6001